

# THE ATTORNEY GENERAL
# OF TEXAS

## AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

June 19, 1975

The Honorable Kenneth W. Cook
Administrator
Texas Alcoholic Beverage Commission
P. O. Box 13127, Capitol Station
Austin, Texas 78711

Opinion No. H-630

Re: Whether a private club
license fee can be paid under
protest to the Alcoholic Beverage
Commission.

Dear Mr. Cook:

You have requested our opinion concerning whether the provisions of article 1.05, Taxation-General, and article 7057b, V. T. C. S. , apply to the license fee payable by private clubs as provided by article 666-15e, section 6, Vernon's Texas Penal Auxiliary Laws.

Article 1.05, Taxation-General, and article 7057b provide a procedure by which "any person, firm, or corporation who may be required to pay . . . license . . . tax or fee" may pay such under protest and bring suit to establish the true liability, if any.

Article 666-15e, section 6, provides that the Private Club Registration Permit fee shall be paid "as provided in Section 15b. " Article 666-15b, Penal Auxiliary Laws, provides for advance payment of the fee and states:

> No refund of permit [fees] shall for any reason be made by the Board, except when the permittee is prevented from continuing in business by reason of the result of a local option election, or upon rejection of an application for a permit by the Board or Administrator.

In our view, this provision was intended to prohibit the return of a properly determined fee except as provided. We do not believe the Legislature intended to remove the permit fee from the operation of the payment in protest

statutes.   While article 666-15e (7a) makes no reference to these statutes and provides for an appeal from a revocation of a permit, the procedures of the payment in protest statutes remain available. Berry v. McDonald, 123 S. W. 2d 388 (Tex. Civ. App. -- San Antonio 1938, no writ).   The language of article 1.05, Taxation-General, and article 7057b is absolute; they provide that any person may utilize their procedures.   While some statutes provide similar procedures to be utilized instead of those therein provided, Attorney General Opinion C-29 (1963), article 666-15e does not.   Accordingly, it is our opinion that the procedures provided by article 1.05, Taxation-General, and article 7057b are available to a person paying a Private Club Registration Permit fee.

## SUMMARY

Article 1.05, Taxation-General, and article 7057b, V. T. C. S., are applicable to the Private Club Registration Permit as provided by article 666-15e, section 6, Vernon's Penal Auxiliary Laws.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb